AO 91 (Rev. 08/09) Criminal Complaint

FILED

OCT 12 2011

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ________ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

for the

United States of America
v.
MARTIN, Richard

*Defendant(s)*

Case No. 11-5049

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 6, 2011 in the county of Hudspeth in the Western District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 21 USC 841(a)(1)<br><br>Title 21 USC 849(a)(A)(B),(b) | Knowingly and intentionally possess with intent to distribute and Transported via Commercial Vehicle a controlled substance, to wit: approximately 470.9 kilograms(1,036 lbs)of Marijuana, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☒ Continued on the attached sheet.

[signature]
*Complainant's signature*

Roberto A. Izquierdo, DEA Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10-12-2011

[signature]
*Judge's signature*

City and state: El Paso, Texas

*Printed name and title*

# AFFIDAVIT

According to US Border Patrol Report of Apprehension or Seizure No: SBT1210000046;

On October 6, 2011, Border Patrol Agent Jose Reyes and Border Patrol Agent Daniel Garcia, along with his Department assigned Canine Robbie-A (NCF # 031028 ) were assigned traffic checkpoint duties on the 6:00 p.m. to 2:00 a.m. shift at the USBP Checkpoint on I-10 East Mile Marker 102.5, west of Sierra Blanca, TX (GPS N31 11' 27.9" W 105 25' 46.7").

At approximately 10:00 p.m., a white 2006 Freightliner tractor bearing Indiana license plate 1094813, pulling a white Kentucky enclosed moving trailer bearing Florida license plate C64-075, entered the checkpoint for an immigration inspection of its occupants. Agent Garcia and his assigned canine were conducting pre-primary non-intrusive canine inspections of all the vehicles entering the checkpoint. Agent Garcia observed his canine alert to the presence of concealed humans and/ or illegal narcotics at the seams of the moving trailer door when it passed his location. Once the vehicle came to a complete stop, Agent Reyes identified himself as a Border Patrol Agent and questioned the driver, later identified as MARTIN, Richard Merial Jr. (DOB: 12-26-1962, USC) as to his citizenship. MARTIN stated that he was a United States citizen. Agent Reyes observed that MARTIN was visibly nervous as he continuously stared at the canine during the inspection. By this time, Agent Garcia had walked over to Agent Reyes and advised him of the canine alert. Due to MARTIN's nervous demeanor and Agent Garcia's canine alert, Agent Reyes directed MARTIN to park his tractor/trailer in the secondary inspection area of the checkpoint for further inspection.

Once in the secondary inspection area, agents asked MARTIN to exit the vehicle so that Agent Garcia and his canine could perform a systematic non-intrusive canine sniff of the exterior of the vehicle. Before Agent Garcia could begin his canine inspection, Robbie-A began to pull Agent Garcia toward the above mentioned vehicle. When Agent Garcia and his canine arrived at the vehicle's location, Robbie-A alerted and indicated to the center door of the enclosed moving trailer. A scan with the Department assigned Backscatter Ford revealed several anomalies located near the center door of the trailer. MARTIN unlocked and opened the trailer door when Robbie-A jumped into the trailer, once again alerting and indicating to a large cardboard box located near the door. A search of the trailer uncovered a box containing bundles wrapped in duct tape containing a green leafy substance which fielded tested positive for marijuana. MARTIN was placed under arrest for possession of marijuana and was escorted inside the checkpoint office for processing and disposition.

Agent Reyes read MARTIN his Miranda Rights as per Department Form I-214 and was witnessed by Agent Garcia. MARTIN acknowledged understanding his rights by signing Department Form I-214.

MARTIN signed his waiver to representation and wanted to provide a statement willfully and willingly to Field Operations Supervisor Reynosa. MARTIN admitted to having knowledge of the contents of drugs in the trailer. MARTIN related he stopped in Phoenix, Arizona and loaded a total of eight boxes of what he knew to be marijuana. MARTIN related he did not know the exact amount of the weight and that he was going to get paid once he delivered the marijuana to Atlanta, Georgia. MARTIN added he has previously transported drugs for the same drug trafficking organization last month but due to losing the load of illegal drugs after his trailer got stolen, MARTIN agreed to transport this load of drugs and use the monetary gain as payoff for the lost drug load. MARTIN indicated the locations were the drugs were found in the trailer. MARTIN related he is a commercial truck driver and has been driving tractor trailers since 2002. MARTIN stated he is dispatched from Pompano, Florida and originated his trip in Sacramento, California. MARTIN stopped in Phoenix, Arizona and loaded the contraband which he helped conceal among the household goods being transported in the trailer. MARTIN had scheduled deliveries of the household goods in Texas and Georgia before arriving to his final destination in Florida.

A further search of the trailer revealed eight cardboard boxes containing one hundred and fourteen bundles with an aggregate weight of 1,036 pounds. Every bundle was individually wrapped in duct tape. Every bundle contained a green leafy substance, which field tested positive for marijuana.

The total weight of the marijuana seized yielded an amount of 1,036 lbs., with a value of $828,800.00 USD.

MARTIN retained possession of his currency during processing and disposition. MARTIN physically and visually inspected his property and confirmed that it was complete and did not sustain any damage.

Base on the above information, DEA Special Agent Roberto A. Izquierdo believes that defendant MARTIN, Richard did Possessed with Intent to Distribute and Transported via Commercial Vehicle a controlled substance to wit: 470.9 kilograms (1,036 lbs.) of Marijuana, a Schedule I Controlled Substance, in violation of Title 21 USC 841(a)(1) and 849 (a)(A)(B), (b).

Respectfully Submitted

Roberto A. Izquierdo
DEA Special Agent